UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
NOV 20 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | INDICTMENT |
| v. | § § | [21 U.S.C. § 846: CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE HEROIN] |
| JASON HERNANDEZ (1), | § § | |
| LAURENTINO REYES-GOMEZ (3), | § § | CRIMINAL NO. A18CR0390 RP |
| Defendants. | | |

THE GRAND JURY CHARGES:

## COUNT ONE

**Conspiracy to possess with intent to distribute and to distribute a controlled substance, to wit, heroin**

[21 U.S.C. § 846]

Beginning no later than on or about April 2018, and continuing through at least on or about August 2018, the exact dates being unknown to the Grand Jury, in the Western District of Texas and elsewhere, defendants

**JASON HERNANDEZ (1),**

**LAURENTINO REYES-GOMEZ (3)**

and others known and unknown to the Grand Jury, did intentionally and knowingly combine, conspire, confederate, and agree to possess with intent to distribute and to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

DOCKETED
DATE: 11/23/18
BY:

All in violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(B).

A TRUE BILL

FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY,

GABRIEL COHEN
Assistant United States Attorney