# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

United States of America

v.  NO: 1:18-CR-00390(1)-RP

(1) Jason Hernandez

## ORDER GRANTING SUBSTITUTION OF COUNSEL

Before the Court is the Motion to Withdraw as Counsel and for Appointment of New Counsel (Clerk's Doc. No. 54). Defendant's Motion to Withdraw as Counsel and for Appointment of New Counsel (Clerk's Doc. No. 54) is hereby GRANTED. The Court ORDERS that Oscar Buitron (CJA, #03319250), 505 W. 12th Street, Suite 204, Austin, TX 78701, (512) 476-7171 is substituted in place of Horatio R. Aldredge as counsel for the Defendant.

The Court FURTHER ORDERS that Horatio R. Aldredge meet with Oscar Buitron at the earliest opportunity to give him a copy of the file and bring him up to date with regard to the representation of the Defendant. Thereafter, Horatio R. Aldredge has no further responsibilities in this case.

SIGNED this 13th day of December, 2018.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE