PS 8
(8/88)

UNITED STATES DISTRICT COURT
for the
Western District of Texas


2019 FEB 26 AM 11:36

U. S. A. vs. Jason Hernandez          Docket No. A-18-CR-00390-1

**Petition to Modify Conditions of Pretrial Release**

COMES NOW Kyona Stubbs, U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jason Hernandez who was placed under pretrial release supervision by the Honorable Andrew Austin sitting in the court at Austin, Texas, on the 29th day of November, 2018 under the following conditions:

See Appearance Bond an Order Setting Conditions of Release dated 11/29/18.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On November 29, 2018, the defendant was released on a personal recognizance bond with pretrial supervision.

On January 31, 2019, the defendant's substance abuse treatment counselor at Kearley and Schmitt advised the defendant is "very depressed and full of anxiety and stress at this point." The counselor recommended the defendant complete a psychology evaluation. The defendant and his attorney, Oscar Buitron, was informed of the recommendation and has agreed to a modification of conditions to include mental health treatment.

It is respectfully recommended that the defendant's conditions of release be modified to order mental health treatment as directed by Pretrial Services.

Respectfully submitted,

_____
Kyona Stubbs
U.S. Pretrial Services Officer

Place: Austin, Texas
Date: February 26, 2019

**ORDER OF COURT**

Considered and ordered this 26th day of February, 2019, and ordered filed and made a part of the records in the above case.

_____
Honorable Andrew Austin
U.S. Magistrate Judge