UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | Cause No. 18-CR-00390(1)RP |
| JASON HERNANDEZ | § | |

DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Oscar Buitron, Attorney for the Defendant in the above styled and numbered cause, and files this written motion for continuance in this Cause, and in support of which would show the Court as follows:

I

Jason Hernandez cause is set for a Jury Docket Call on March 25, 2019 and set for trial on April 1, 2019.

II

Defense counse has been working dilegently with the United States Assistant Attorney.  Hernandez is currently being referred to a physician which will assist counsel.

III

Defense counsel request that the Motions deadline date be set anytime after May 25, 2019.

1

IV

This written motion for a continuance filed in this cause is not made for the purpose of delay, but solely that justice may be done.

V

Defense counsel has visited with the United States Assistant Attorney and he is not opposed to this motion. Defense counsel has also visited with counsel for the co-defendant's in this cause and they are not opposed to this motion.

WHEREFORE, Oscar Buitron, attorney for the Defendant, prays that this Honorable Court issue its order granting a continuance in this cause.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests the Court grant a Continuance in this case.

Respectfully submitted,

Oscar Buitron
Texas Bar No. 03319250
505 W. 12th st.
Suite 204
Austin, Texas 78701
(512476-7171
Fax (512) 476-1992
o.buitron@icloud.com

CERTIFICATE OF SERVICE

I certify that true and correct copy of the foregoing motion have been served upon all counsel fo record via the Court's electronic filing/case management system on the 7st day of March, 2019

_____
OSCAR BUITRON

3