UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:   AU:18-CR-00390(1)-RP |
| | § | |
| (1) Jason Hernandez | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the court is the above styled and numbered cause.  On  January 21, 2026 the

United States Probation Office filed a Petition For Warrant or Summons For Offender

Under Supervision for Defendant Jason Hernandez, which alleged that Hernandez violated

a condition of his supervised release and recommended that Hernandez' supervised release

be revoked (Clerk's  Document No. 177).  A warrant issued and Hernandez was arrested.

On January 23, 2026, Hernandez appeared before a United States Magistrate Judge, was

ordered detained, and a revocation of supervised release hearing was set.

One February 23, 2026, Hernandez' counsel filed an Agreed Motion to Modify the

Conditions of Release Clerk's  Document No. 190).  The magistrate judge reviewed the

motion and signed his report and recommendation on February 23, 2026, which provides

that having carefully considered all of the arguments and evidence presented by the

Government and Defendant, based on the original offense and the intervening conduct of

Hernandez, the magistrate judge recommends that this court continue Hernandez

supervised release.  The magistrate judge recommends the additional following special

conditions:

**The defendant shall participate in an inpatient substance-abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol nd any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.**

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en bane).* The parties in this cause were properly notified of the consequences of a failure to file objections.

The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 192 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant   Jason Hernandez' term of supervised  release is hereby CONTINUED.  In addition, defendant Hernandez shall comply with the following special conditions:

The defendant shall participate in an inpatient substance-abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

**IT IS FURTHER  ORDERED** that Defendant Hernandez shall remain in the custody of the U.S. Marshal Service pending acceptance and transfer to the inpatient treatment program as identified by the U.S. Probation Office.

**IT IS FINALLY  ORDERED**  that all prior conditions of supervised release are reimposed.

Signed this 24th day of February, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE